BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-mc-00024 JAM GGH |
| Plaintiff, | ) | **CONSENT JUDGMENT** |
| v. | ) | |
| MARIO J. Di SALVO, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Entry of Consent Judgment (Exhibit A), judgment in the amount of One Hundred Seventy-Three-Thousand and Eight-Hundred and Forty-Seven Dollars and Ninety Cents ($173,847.90) is entered in favor of Plaintiff United States of America and against Defendant Mario J. Di Salvo.

IT IS SO ORDERED.

DATED: 3/21/2011

/s/ John A. Mendez
United States District Judge

1